UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

IESHA MCNAIR

Plaintiff,

v.

JP MORGAN CHASE BANK, N.A.

Defendant.

-------------------------------------------------------------------x

**Docket No. 1:25-cv-04240 (HG)**

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: November 17, 2025
       New York, New York

**THE PARKER LAW GROUP P.C.**

By: _____
   Glen H. Parker, Esq.
   Attorneys for Plaintiff
   28 Valley Road
   Montclair, New Jersey 07042
   Tel 347-292-9042
   ghp@parkerlawusa.com

**SEYFARTH SHAW LLP**

By: _____
   Kathryn "Chris" Palamountain, Esq.
   Attorneys for the Defendant
   700 Milam St. | Suite #1400
   Houston, Texas 77002-2812
   Direct: +1-713-238-1886
   Mobile: +1-281-753-4617
   Fax: +1-713-821-0691
   CPalamountain@seyfarth.com